# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Minutes of Proceedings before: Dan A. Polster, U.S. District Judge

DATE: 1/29/2016
CASE NUMBER: 5:13cr323
COURT REPORTER: Heidi Geizer
Pts/Prob Officer: Shawna Sizemore

USA

Plaintiff(s)

-VS-

Davud K. Turner

Defendant(s)

APPEARANCES:
   For Plaintiff: Brian McDonough

   For Defendant: Carolyn Kucharski

PROCEEDINGS:
Sentencing not held. Defendant to file motion to withdraw guilty plea or advise court if will proceed with sentecing by 2/26/2016 at that point Court will consider if appoinment of new counsel is needed. US to file brief in regards to 5 level enhancement for pattern of sexual activity.

30 mins.

TIME

/s/Karla Orozco

COURTROOM CLERK